UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALISHA R. SILBAUGH,

                    Plaintiff,

        v.

DEPARTMENT OF TRANSPORTATION,
et al.,

                    Defendants.

CASE NO. 2:18-cv-01261-RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 27th day of August, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge